UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | 2:08-cv-00015-GEB-EFB |
| Plaintiff, | |
| v. | STATUS (PRETRIAL SCHEDULING ORDER) |
| HAE S. WOO, d/b/a HANBAT GOMTANG; KYUNG J. WOO, d/b/a HANBAT GOMTANG; GOANG YUL BAE; BERNICE O. CHUNG-BAE, | |
| Defendants. | |

The status report filed on March 14, 2008, states that defendants Bernice O. Chung-Bae, Goang Yul Bae, Hae S. Wood and Kyung J. Woo have been served, but have not answered the Complaint. The status report fails, however, to provide information on whether any defendant will file an answer (and if so, when); and, the appropriate proposed litigation plan should any defendant not answer by a specified date.[1]

Therefore, the status (pretrial scheduling) conference scheduled in this case for March 31, 2008, is continued to April 28, 2008 at 9 a.m. A status report shall be filed no later than

---

[1] Plaintiff has been informed about the same type of failures in other cases.

1  April 14, 2008, in which the issues discussed above shall be
2  addressed.  Failure to address these issues in the requested status
3  report may result in dismissal of this action.
4
5          IT IS SO ORDERED.
6  Dated:  March 24, 2008
7
8                              _____
                               GARLAND E. BURRELL, JR.
9                              United States District Judge