IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )    2:08-cv-00015-GEB-EFB
            Plaintiff,               )
                                     )
        v.                           )    ORDER RE: SETTLEMENT
                                     )    AND DISPOSITION
HAE S. WOO, d/b/a HANBAT GOMTANG;    )
KYUNG J. WOO, d/b/a HANBAT GOMTANG;  )
GOANG YUL BAE; BERNICE O. CHUNG-     )
BAE,                                 )
                                     )
            Defendants.              )
_____     )

        On April 2, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than April 22, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for April 28, 2008, is reset for hearing on June 2, 2008, at 9:00 a.m. in the event that no

1

dispositional document is filed, or if this action is not otherwise
dismissed. Further, a joint status report shall be filed fourteen
days prior to the status conference.[1]

        IT IS SO ORDERED.

Dated:  April 4, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

        [1]     The status conference will remain on calendar, because
the mere representation that an action has been settled does not
justify removal of the action from a district court's trial docket.
Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating
that a representation that claims have been settled does not
necessarily establish the existence of a binding settlement
agreement).